

**ORIGINAL**

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**
AUG 2 4 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: ) | Chapter 13 |
| ) | |
| CHRISTOPHER A SILVER ) | Case No. 06-52267 ASW |
| ) | |
| SHEILA A SILVER ) | **NOTICE OF UNCLAIMED DIVIDEND** |
| ) | |
| Debtors ) | |

The final dividend to Debtors, CHRISTOPHER A SILVER & SHEILA A SILVER in the above entitled matter was returned marked: DEBTOR DID NOT FILE A CHANGE OF ADDRESS

It appearing to the Court that a reasonable effort was made to locate the Debtors, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $0.01 as an unclaimed dividend.

        CHRISTOPHER A SILVER
        SHEILA A SILVER
        ***MAIL RET'D 01/29/09***
        4100 THE WOODS #503
        SAN JOSE, CA 95136

Dated: August 20, 2009        _/s/ illegible signature_
                                                   DEVIN DERHAM-BURK, TRUSTEE

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013



RECEIVED
JAN 2 3 2009
Devin Derham-Burk
Trustee, Chapter 13

CHRISTOPHER A SILVER
SHEILA
4100 TI
SAN JO!

FORWARD  X 951 NFE 1 C07C 00 01/22/09
SILVER   TIME EXP RTN TO SEND
7153 ROUSE CT
SAN JOSE CA 95139-1345

RETURN TO SENDER